EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| Integración de Salas de Verano | 2012 TSPR 52 |
| | 184 DPR ____ |

Número del Caso: ES-2012-1

Fecha: 21 de marzo de 2012

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

INTEGRACIÓN DE SALAS
DE VERANO                          ES-2012-001

RESOLUCIÓN

San Juan, Puerto Rico, a 21 de marzo de 2012.

De conformidad con lo dispuesto en la Regla 4(d) del Reglamento de este Tribunal, se constituyen las siguientes Salas de Verano para funcionar durante el receso:

Del 1 de julio al 31 de julio de 2012.

 Hon. Anabelle Rodríguez Rodríguez, Presidenta
 Hon. Mildred G. Pabón Charneco
 Hon. Edgardo Rivera García

Del 1 de agosto al 31 de agosto de 2012.

 Hon. Liana Fiol Matta, Presidenta
 Hon. Erick V. Kolthoff Caraballo
 Hon. Roberto Feliberti Cintrón

Del 1 de septiembre al 30 de septiembre de 2012.

 Hon. Federico Hernández Denton, Presidente
 Hon. Rafael L. Martínez Torres
 Hon. Luis F. Estrella Martínez

Los Presidentes de Sala quedan facultados para sustituir a los Jueces que no puedan intervenir en algún asunto ante su consideración, y asimismo para convocar al Pleno del Tribunal cuando fuere necesario.

El Tribunal continuará emitiendo y certificando Opiniones y Sentencias durante este periodo.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                              Aida Ileana Oquendo Graulau
                              Secretaria del Tribunal Supremo